IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| DIRECT ENERGY BUSINESS, LLC | : | Case No. 1:21-cv-310 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| vs. | : | Magistrate Judge Karen L. Litkovitz |
| DUKE ENERGY OHIO, INC, | : | |
| Defendant. | : | |

**ENTRY AND ORDER ADOPTING
REPORT AND RECOMMENDATION (DOC. 16) AND
GRANTING DEFENDANT'S MOTION TO DISMISS (DOC. 10)**

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Karen L. Litkovitz (Doc. 16), to whom this case is referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation in its entirety. Accordingly, the Court **GRANTS** Defendant's Motion to Dismiss (Doc. 10).

**IT IS SO ORDERED**.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND