# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| DIRECT ENERGY BUSINESS, LLC, | : | Master Case No. 1:21cv310 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| v. | : | |
| DUKE ENERGY, OHIO, INC., | : | |
| Defendant. | : | |

## JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| **X** | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED:** That the Report and Recommendation (Doc. 16) is ADOPTED in its entirety and that Defendant's Motion to Dismiss (Doc. 10) is GRANTED.

March 3, 2022.

Richard W. Nagel, Clerk of Court
By: /s/ Kellie A. Fields
    Deputy Clerk
